UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KRISTIE PAGAN, ESTHER ALEXANDER,
BRIDGETT HERRERA, VELICIA MATA, and
ASHLEY SULLIVAN, individually and as parents
and natural guardians of their minor children and on
behalf of all others similarly situated,

     Plaintiffs,    2:10-cv-04676-ADS-WDW

  - against -

ABBOTT LABORATORIES, INC.,

     Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINT STIPULATION AND MOTION FOR PAGE-LIMIT EXTENSIONS**

  WHEREAS, on March 23, 2012, Plaintiffs in the above-captioned matter filed a Motion for Class Certification (Dkt. No. 49); and

  WHEREAS, pursuant to the Court's order dated April 2, 2012 (Dkt. No. 52), Defendant's memorandum in opposition is due on May 9, 2012; and

  WHEREAS "[a] district court's ruling on the [class] certification issue is often the most significant decision rendered in [a] class-action proceeding[]," *Deposit Guaranty Nat'l Bank v. Roper*, 445 U.S. 326, 339 (1980); and

  WHEREAS, by May 9, 2012, the parties will have conducted extensive class-certification discovery, including the production of over a million pages of Defendant's documents and the taking of ten depositions; and

  WHEREAS Defendant wishes, in addition to responding fully to the arguments raised by Plaintiffs' opening memorandum, among other things, to adequately apprise the Court of the results of this class-certification discovery; and

5230917v1

WHEREAS Plaintiffs have consented to a five-page enlargement of the page limit of Defendant's opposition memorandum, in exchange for a reciprocal five-page enlargement of the page limit of Plaintiffs' reply memorandum; and

WHEREAS neither party has previously requested a page-limit extension in this action;

THEREFORE, the parties respectfully move this Court for a five-page enlargement of the page limits that would otherwise apply to Defendants' memorandum in opposition to Plaintiffs' Motion for Class Certification and to Plaintiffs' reply memorandum in further support of their Motion for Class Certification.

Dated: New York, New York
April 23, 2012

PATTERSON BELKNAP WEBB & TYLER LLP

By: /s/ John D. Winter
*Attorneys for Defendant Abbott Laboratories, Inc.*

1133 Avenue of the Americas
New York, New York 10036
jwinter@pbwt.com
(212) 336-2000

BLAU, BROWN & LEONARD, LLC

By: /s/ Steven Bennett Blau
*Attorneys for Plaintiffs*

224 West 30th Street, Suite 809
New York, NY 10001
sblau@bbpc-law.com
(212) 725-7272

SO ORDERED:

_____
Hon. Arthur D. Spatt, U.S. District Judge

2

## CERTIFICATE OF SERVICE

I, John D. Winter, of Patterson Belknap Webb & Tyler LLP, hereby state that, on April 23, 2012, I caused the above document to be filed on the following individuals by the methods hereinafter indicated:

Steven Bennett Blau
Blau, Brown & Leonard, LLC
jasontbrown@bbpc-law.com
224 West 30th Street, Suite 809
New York, NY 10001
Telephone: (212) 725-7272
Attorneys for Plaintiffs

*Via ECF*